In the Matter of the Petition of the NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

THE CITY OF NEW YORK, Appellant.

*New York city — assessments — railroads — when assessment for street paving against piers and bulkheads properly set aside.*

*Matter of N. Y., N. H. & H. R. R. Co. (South Street),* 210 App. Div. 832, affirmed.

(Submitted February 25, 1925; decided March 31, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 10, 1924, which unanimously affirmed an order of Special Term vacating assessments for street paving purporting to be levied under chapter 449 of the Laws of 1889 against piers and bulkheads belonging to the relator.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Elliot S. Benedict* and *Charles W. Miller* of counsel), for appellant.

*Merle I. St. John* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Not sitting: LEHMAN, J.